DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHIRA THOMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1724

[September 27, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case Nos. 14-14142CF10A, 15-10645CF10A, 15-12681CF10A and 15-13566CF10A.

Shira Thompson, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***